IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAKWON L. OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 18-200-CG-MU |
| | ) |
| MOBILE COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is **DISMISSED WITHOUT PREJUCE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and comply with this Court's order dated May 8 ,2018.

**DONE and ORDERED** this 10th day of July, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE